STATE of Missouri, Respondent,

v.

Mike KELLY, Appellant.

No. WD 51108.

Missouri Court of Appeals,
Western District.

Oct. 1, 1996.

As Modified Oct. 3, 1996.

J. Jay Hemenway, Pros. Atty., Mercer County, Princeton, for respondent.

Michael B. Watkins, Chillicothe, for appellant.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

This appeal arises from a conviction for the Class A misdemeanor of possession of a controlled substance, marijuana, § 195.202 RSMo.1993.

Judgment affirmed. Rule 30.25(b).